UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Willie Herman Huston | )  Case No.: 6:17-bk-04780-KSJ |
| Fannie Mae Huston | )  Chapter 7 |
| | ) |
| _____Debtor(s)_____ | ) |

### NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on **April 17, 2018 at 11:00 AM** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the Court:

**CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: February 21, 2018

/s/Richard B. Webber II, Trustee
Richard B. Webber II
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)425-7010
E-mail: rwebber@zkslawfirm.com

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was furnished by first class United States Mail, postage prepaid, or by electronic delivery, to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on February 21, 2018.

/s/ Richard B. Webber II
Richard B. Webber II, Trustee in Bankruptcy
Zimmerman, Kiser & Sutcliffe
PO Box 3000
Orlando, FL 32802
(407)425-7010
e-mail: rwebber@zkslawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-04780-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Feb 21 10:16:22 EST 2018 | BK Global Real Estate Services<br>1095 Broken Sound Parkway, N.W.<br>Suite 100<br>Boca Raton, FL 33487-3503 | Fannie Mae Huston<br>809 Hastin Place<br>Kissimmee, FL 34758-3163 |
| Willie Herman Huston<br>809 Hastin Place<br>Kissimmee, FL 34758-3163 | Keller Williams Winter Park<br>147 W. Lyman Avenue<br>Winter Park, FL 32789-4367 | Select Portfolio Servicing Inc., as Loan Ser<br>c/o Choice Legal Group,P.A.<br>c/o Scott R Weiss<br>PO. Box  9908<br>Ft. Lauderdale, FL 33310-0908 |
| U.S. Bank National Association..<br>C/o Marc G. Granger, Esq<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | Steven M Vanderwilt<br>9940 Hood Road<br>Jacksonville, FL 32257-1134 | COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 |
| Cap1/bstby<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Chase Card<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citicard<br>General Correspondence<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citicards Cbna<br>Citicorp Credit/Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Comenity Bank/Bealls Florida<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Roamans<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital Bank/HSN<br>PO Box 182125<br>Columbus, OH 43218-2125 | DLG Mortgage<br>11 Madison Ave.<br>New York, NY 10010-3643 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Global Netwk<br>5320 College Blvd<br>Shawnee Mission, KS 66211-1621 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Navy Federal Cr Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| Osceola County Tax Collector<br>Attn:  Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Paypal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Priority Credit Union<br>301 E Michigan St<br>Orlando, FL 32806-4539 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |

```
SunTrust Bank                        Suntrust Bank                        Syneb/improvement Solu
Attn: Support Services               Attn: Bankruptcy                     Synchrony Bank
PO Box 85092                         Po Box 85092 Mc-Va-Wmrk-7952         PO Box 965064
Richmond, VA 23285-5092              Richmond, VA 23285-5092              Orlando, FL 32896-5064


Synchrony Bank                       Scott R Weiss +                      United States Trustee - ORL7/13 +
c/o PRA Receivables Management, LLC   Choice Legal Group, PA              Office of the United States Trustee
PO Box 41021                         PO Box 9908                          George C Young Federal Building
Norfolk VA 23541-1021                Ft Lauderdale, FL 33310-0908         400 West Washington Street, Suite 1100
                                                                          Orlando, FL 32801-2210


Marc G Granger +                     Taji S. Foreman +                    Richard B Webber +
Kahane and Associates                Kahane and Associates                Post Office Box 3000
8201 Peters Road, Suite 3000         8201 Peters Road, Suite 3000         Orlando, FL 32802-3000
Plantation, FL 33324-3292            Plantation, FL 33324-3292


Alejandro Rivera +                   Note: Entries with a '+' at the end of the
Alejandro Rivera, P.A.               name have an email address on file in CMECF
1400 W. Oak Street, F
Kissimmee, FL 34741-4000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial
PO Box 15316
Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann                (d)Select Portfolio Servicing, Inc   End of Label Matrix
Orlando                              Po Box 65250                         Mailable recipients    40
                                     Salt Lake City, UT 84165-0250        Bypassed recipients     2
                                                                          Total                  42
```